[No. 66891-9-I.   Division One.   August 13, 2012.]

*In the Matter of the Personal Restraint of* SANTOS W. ORANTES, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Schindler, J.

[Nos. 67767-5-I; 67768-3-I.   Division One.   August 13, 2012.]

*In the Matter of the Dependency of* J.D.A. III.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. JAMES ALLEN II, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 10-7-00925-2, David A. Kurtz, J., entered September 13, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 67804-3-I.   Division One.   August 13, 2012.]

THE STATE OF WASHINGTON, *Appellant,* v. NOE A. FUENTES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-8-00831-4, Christopher A. Washington, J., entered September 16, 2011. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Ellington, JJ.

[No. 39404-9-II.   Division Two.   August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. NOEL JAY WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00459-0, F. Mark McCauley, J., entered June 8, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.